DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH RAYMOND FRISBEE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1609

[August 12, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case No. 502012CF005473AMB.

Joseph Raymond Frisbee, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, WARNER and GERBER, JJ. concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***